IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DWAYNE K. STEELE, )
)
                Plaintiff, )
)
vs. ) Case No. 05-1188-JTM
)
JO ANNE B. BARNHART, COMMISSIONER )
OF SOCIAL SECURITY, )
)
                Defendant. )
)

## MEMORANDUM ORDER

On December 20, 2005, the United States Magistrate Judge entered a Report and Recommendation with respect to the present Social Security proceeding. The Magistrate Judge recommended that the Commissioner's decision be reversed and the case be remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

No objections to the Report and Recommendation have been filed. Accordingly, the court hereby adopts the findings and conclusions of the report, and orders that the Commissioner's decision be reversed and the case be remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

IT IS SO ORDERED this 11th day of January, 2006.

                                                        s/ J. Thomas Marten
                                                        J. THOMAS MARTEN, JUDGE